UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
KITTY E.A. REARDON,            )
      Plaintiff,               )
                               )
      v.                       )     C.A. No. 03-11463-RGS
                               )
AT&T INCORPORATED,             )
      Defendant .              )
```

PROCEDURAL ORDER

On July 8, 2003, plaintiff, a resident of Framingham, Massachusetts, filed her self-prepared complaint against AT&T Incorporated.

A party filing a civil complaint in this Court must either (1) pay the $150.00 filing fee or (2) file an Application to Proceed Without Prepayment of Filing Fees and Affidavit.  See 28 U.S.C. 1914(a) ($5.00 filing fee); 28 U.S.C. 1915 (proceedings in forma pauperis).

Because plaintiff submitted her complaint for filing without the $150 filing fee or submission of an Application to Proceed Without Prepayment of Fees, she will be granted additional time to either pay the requisite filing fee or submit an Application to Proceed Without Prepayment of Fees and Affidavit or this action will be dismissed without prejudice.

CONCLUSION

1

If plaintiff wishes to proceed with this action, she shall file, within thirty-five (35) days of the date of this Procedural Order, either an Application to Proceed Without Prepayment of Fees and Affidavit or the $150.00 filing fee or this action will be dismissed without prejudice.

The Clerk is directed to send plaintiff an Application to Proceed Without Prepayment of Fees and Affidavit with this Order.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>7th</u> day of <u>January</u>, 2004.

                                       /s Richard G. Stearns
                                      RICHARD G. STEARNS
                                      UNITED STATES DISTRICT JUDGE