# SHEPHᴇRD
## LAW GROUP, P.C.
Trade Secret & Noncompete Litigation

99 Summer Street • Suite 910
Boston, Massachusetts 02110-1248
phone 617.439.4200 • fax 617.439.4207
www.sheplawgroup.com

January 22, 2004

RECEIVED
JAN 2 6 2004
AAP

*by fax and first-class mail*

Alana A. Prills, Esq.
Reece and Associates, P.C.
One Bowdoin Square
Boston, MA 02114

> Re:    *U.S. Foodservice, Inc. v. Arthur Tsebetzis, et al.*
>        Civil Action No. 03-12603-RCL

Dear Ms. Prills:

Following Judge Lindsay's instructions, the parties have agreed to a hearing date of March 1, 2004, for Plaintiff's motion for preliminary injunction. The parties also agree that the Defendants' opposition to the motion for preliminary injunction will be filed on February 3, 2004. Furthermore, without waiving Defendants' arguments that the agreements are unenforceable, the parties agree that from now until March 1, 2004, John O'Hara, Arthur Tsebetzis, and Jeffrey E. Gross will abide by the terms of their individual nonsolicitation and nondisclosure agreements with U.S. Foodservices, Inc. While Steven Posin's nonsolicitation provisions have expired under the terms of his agreement, Mr. Posin agrees that he will not assist any of the above individuals in violating the terms of their nonsolicitation agreements with U.S. Foodservices, Inc., nor will he use any of U.S. Foodservice's confidential business information.

If this does not comport with your understanding of the standstill agreement please call me immediately.

Very truly yours,

Lurleen Manning

cc:   Arthur Tsebetzis
      John O'Hara
      Jeffrey Gross
      Steven Posin
      Susan Grandis Brander, Esq.
      Victoria A. Cundiff, Esq.

**Paul, Hastings, Janofsky & Walker LLP**
75 East 55th Street, New York, New York 10022-3205
telephone 212-318-6000 / facsimile 212-319-4090 / internet www.paulhastings.com

# Paul*Hastings*

RECEIVED
FEB 0 4 2004
AAP

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Diego
San Francisco
Stamford
Tokyo
Washington, D.C.

(212) 318-6030
victoriacundiff@paulhastings.com

January 30, 2004                                                              31893.00042

## VIA FACSIMILE

Lurleen Manning
Shepherd Law Group, P.C.
99 Summer Street, Suite 910
Boston, MA 02110

Dear Ms. Manning:

I am writing to follow-up on your letter dated January 22, 2004, regarding the standstill
agreement. As a clarification, please note that the Agreements signed by Arthur Tsebetzis,
John J. O'Hara, and Jeffrey Gross prohibit them from both directly and indirectly
soliciting customers or recruiting former USF employees. Thus, in addition to Steven
Posin, Arthur Tsebetzis, John J. O'Hara, and Jeffrey Gross will agree that they will not
assist each other or any other former USF employee in violating the terms of their non-
solicitation, non-recruitment, and non-disclosure agreements with USF.

We will file both letters with the Court to memorialize this standstill agreement.

Sincerely,

Victoria A. Cundiff
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

cc:     Susan Grandis Brander, Esq.
        Alana A. Prills, Esq.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. FOODSERVICE, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 03-12603-RCL |
| ARTHUR TSEBETZIS, STEVEN POSIN, JOHN J. O'HARA, JEFFREY E. GROSS and AGAR SUPPLY, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, ALANA A. PRILLS, hereby certify that a true and correct copy of the letter and accompanying enclosures sent to the Civil Clerk's Office for the United States District Court for the District of Massachusetts for filing on this date to memorialize the standstill agreement between counsel was served by hand on this 4th day of February, 2004 upon the following:

Jay Shepherd, Esquire
Shepherd Law Group, P.C.
99 Summer Street, Suite 910
Boston, Massachusetts 02110
**Counsel for Defendants Arthur Tsebetzis, Steven Posin, John J. O'Hara and Jeffrey E. Gross**

Susan Grandis Brander, Esquire
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, Massachusetts 02110
**Counsel for Defendant Agar Supply, Inc.**

Alana Prills
Alana A. Prills