UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE D. LARA ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 03-12574-RCL |
| ) | |
| MICHAEL CORSINI, ) | |
| ) | |
| Respondent. ) | |

## RESPONDENT'S MOTION FOR BRIEFING SCHEDULE

The respondent, Michael Corsini, requests that the Court enter the following proposed briefing schedule for the merits of the petition. The respondent requests the following dates:

1. Respondent's memorandum in opposition to the merits of the petition shall be due on or before April 5, 2004; and

2. Petitioner's reply memorandum shall be due on or before April 19, 2004.

WHEREFORE, the respondent respectfully requests that the court enter the above proposed schedule as an order of the court.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Maura D. McLaughlin*
Maura D. McLaughlin (BBO # 634923)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ex. 2857

Dated: March 5, 2004

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the petitioner, Jose D. Lara, on March 5, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Jose D. Lara, Bay State Correctional Center, P.O. Box 73, Norfolk, Massachusetts 02056.

*/s/ Maura D. McLaughlin*
Maura D. McLaughlin

## Certificate of Compliance with Court's Order re: Local Rule 7.1

This motion is submitted in accordance with this Court's order of February 18, 2004, which permits the moving party to dispense with the conference requirement of Local Rule 7.1.

*/s/ Maura D. McLaughlin*
Maura D. McLaughlin

2