UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

JOSE D. LARA
    Petitioner,

v.

MICHAEL CORSINI,
    Respondent.

Civil Action:
No: 03-12574-RCL

### PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

    Petitioner Jose Lara, pursuant to U.S.C. § 3006A(g), request this Honorable Court to appoint counsel to represent him in this habeas corpus petition for the following reasons:

    1. Petitioner is not able to afford counsel, see Motion to Proceed in Forma Pauperis and Affidavit in support that was filed with this Court.

    2. Habeas Corpus Petition under USC §2254 serves the purpose of providing state prisoners with federal forum for their federal claims, in particular with issues of Constitutionality "serving time in prison without evidence that linked him to the crime". The petitioner is aware of the federal ruling in Felker v. Turpin, 116 S. Ct. 2333, (1996) and as a single petitioner needs

to present all his legal issues with proper representation in federal court.

The issues involved in this case are very complex and it also deals with racial bias in State Court.

3. The issues at bar require investigation and properly organizing documents, the petitioner cannot do while confined in prison and the limitations that he has under those conditions.

4. The prison limits the hours that the petitioner's has to research the laws and making appropriate investigation with the application of the Antiterrorism and Effective Death Penalty Act ("AEDPA") 1996 and the recently cases of legal interpretation of the law.

5. The end of JUSTICE would best be served in this case if an attorney was appointed to represent the petitioner in this instant action.

**WHEREFORE:**

For the reasons that was presented in this MOTION, the petitioner is praying for a favorable decision.

Respectfully submitted,

DATED: 04-12- 2004

*Jose David Lara*
Jose D. Lara, acting pro se
Bay State Correctional Ctr.
P.O. Box 73
Norfolk, Mass. 02056