UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE D. LARA,

    Petitioner,

Vs.

MICHAEL CORSINI,

    Respondent.

CIVIL ACTION:
No. 03-12574-RCL

## MOTION TO WITHDRAW APPEAL

Now comes the Petitioner in the above-caption matter and respectfully move this Honorable Court to WITHDRAW his appeal under the Civil Action No. 03-12574-RCL.

The Petitioner filed his Habeas Corpus on January-2004 and he is now pended under the jurisdiction of the INS for Deportation and the Court has not provided a decision on this case.

WHEREFORE: At this time, it is the best interest of the Petitioner to withdraw his appeal in federal court.

Respectfully submitted,

*Jose David Lara* -03-14-05
Jose D. Lara _ Acting pro se
Bay State Correctional Center
P.O. Box 73
Norfolk, Massachusetts 02056

CC: Att. Maura D. McLaughlin
    State Attorney General Office
    File.